IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ANDREIY
KONDRAT'YEV, ANDRE RYLAND, and
DAVID SUHOR,

*Plaintiffs*,                                              CASE NO. 3:16-cv-00195-MCR-CJK

v.

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as mayor of the City of Pensacola,
BRIAN COOPER, in his official capacity as
Director of the City of Pensacola Parks &
Recreation Department

*Defendants*.

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, I, Madeline Ziegler, hereby move for admission to appear *pro hac vice* in the above-captioned case as counsel for the Plaintiffs, Amanda Kondrat'yev, Andreiy Kondrat'yev, Andre Ryland, and David Suhor. My Local Rules exam confirmation number is 15350-ZM-20771E51. I certify that I have completed the CM/ECF tutorials. A certificate stating that I am in good standing in the bar of the State of Wisconsin is attached.

Respectfully submitted,

*Madeline Ziegler*

MADELINE ZIEGLER
Freedom From Religion Foundation
PO Box 750, Madison, WI 53701
Phone: 608-256-8900
Email: mziegler@ffrf.org
WI Bar Number: 1097214

Dated:  May 5, 2016

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Diane M. Fremgen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

# *CERTIFICATE OF GOOD STANDING*

*I, Diane M. Fremgen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### MADELINE ZIEGLER

*was admitted to practice as an attorney within this state on July 24, 2014 and is presently in good standing in this court.*

Dated: April 5, 2016

DIANE M. FREMGEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing