UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,
ANDRE RYLAND and
DAVID SUHOR,

    Plaintiffs,

v.                                CASE NO. 3:16cv195-MCR/CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as Mayor of the City of
Pensacola, and BRIAN COOPER, in
his official capacity as Director of the
City of Pensacola Parks &
Recreation Department,

    Defendants.
_____/

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this matter.

**SO ORDERED** this 6th day of May, 2016.

                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**