# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV et al.

    VS                                                  CASE NO.  3:16cv195-RV/CJK

CITY OF PENSACOLA, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  5/6/2016

Type of Motion/Pleading MOTION TO APPEAR PRO HAC VICE (Madeline Ziegler on behalf of Plaintiffs)

Filed by: MADELINE ZIEGLER   on 5/6/16   Doc. No. 4

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                      on _____ Doc. No. _____

                                      on _____ Doc. No. _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   11th   day of   May  , 2016, that:

(a)  The requested relief is GRANTED.

(b)  _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE