# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV et al.

    VS                                                     CASE NO.  3:16cv195-RV/CJK

CITY OF PENSACOLA, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   5/6/2016
Type of Motion/Pleading  MOTION TO APPEAR PRO HAC VICE (Rebecca S. Markert on behalf of Plaintiffs)
Filed by: REBECCA S MARKERT   on 5/6/16   Doc. No. 5
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on _____   Doc. No. _____
                                          on _____   Doc. No. _____

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

                                              */s/Donna Bajzik*
                                              Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   11th   day of   May  , 2016, that:

(a)  The requested relief is GRANTED.
(b)  _____

                                              /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE