UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ANDREIY
KONDRAT'YEV, ANDRE RYLAND, and
DAVIS SUHOR,

      Plaintiffs,

v.

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as mayor of the City of Pensacola,
BRIAN COOPER, in his official capacity as
Director of the City of Pensacola Parks &
Recreation Department,

      Defendants.
_____/

Case No: 3:16-cv-00195-MCR-CJK

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, and hereby enters his Notice of Appearance as counsel on behalf of Defendants, CITY OF PENSACOLA, FLORIDA, ASHTON HAYWARD, in his official capacity as mayor of the City of Pensacola, BRIAN COOPER, in his official capacity as Director of the City of Pensacola Parks & Recreation Department, in the above-captioned matter. Please direct a copy of all future documents, pleadings or correspondence to the attorney and address indicated below.

Respectfully submitted this 27th day of May, 2016.

                                      */s/ Robert E. Larkin, III*
                                      **Robert E. Larkin, III**
                                      Florida Bar No. 0160814
                                      rlarkin@anblaw.com
                                      Allen Norton & Blue, P.A.
                                      906 North Monroe Street, Suite 100
                                      Tallahassee, Florida 32303
                                      Tel.: (850) 561-3503
                                      Fax: (850) 561-0332

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May a true and correct copy of the foregoing has been sent via Electronic Mail to:

**MADELINE ZIEGLER**
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-265-8900
Email: mziegler@ffrf.org

**REBECCA MARKERT**
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-256-8900
Email: rmarkert@ffrf.org

**MONICA LYNN MILLER**
AMERICAN HUMANIST ASSOCIATION - WASHINGTON DC
1777 T ST NW
WASHINGTON, DC 20009
202-238-9088
Email: mmiller@americanhumanist.org

/s/ Robert E. Larkin, III
Attorney