**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**AMANDA KONDRAT'YEV, ANDREIY**
**KONDRAT'YEV, ANDRE RYLAND, and**
**DAVID SUHOR,**

      **Plaintiffs,**                     **Case No:  3:16-cv-00195-MCR-CJK**
**v.**

**CITY OF PENSACOLA, FLORIDA,**
**ASHTON HAYWARD, in his official**
**capacity as mayor of the City of Pensacola,**
**and BRIAN COOPER, in his official capacity as**
**Director of the City of Pensacola Parks &**
**Recreation Department,**

      **Defendants.**
_____/

**CONSENTED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING TO COMPLAINT**

COME NOW, the Defendants, CITY OF PENSACOLA, FLORIDA,

ASHTON HAYWARD, in his official capacity as mayor of the City of Pensacola,

and BRIAN COOPER, in his official capacity as Director of the City of Pensacola

Parks & Recreation Department ("Defendants"), by and through undersigned

counsel, and hereby request a twenty (20) day extension of time, or until June 21,

2016, pursuant to Local Rule 6.1 to file a responsive pleading, and in support

thereof state the following:

1

1.      Plaintiffs filed the Complaint on May 4, 2016, and served Defendants with same on May 11, 2016. Accordingly, Defendants' responsive pleading is due on June 1, 2016.

2.      Due to the undersigned's previously scheduled litigation commitments and the length of the Complaint, Defendants are still reviewing and preparing the response to Plaintiffs' Complaint. Defendants request the additional time because it will allow Defendants to finish evaluating the claims raised in the Complaint and respond accordingly.

3.      Plaintiffs, through counsel, have consented to a twenty (20) day extension by which Defendants may serve a response to Plaintiffs' Complaint.

4.      The Court's granting of this Motion will not prejudice any party and the request is made in good faith not for purposes of delay.

WHEREFORE, Defendants respectfully request that this Court order that Defendants have until June 21, 2016 to file a response to Plaintiffs' Complaint.

Respectfully submitted this 27th day of May, 2016.

/s/ Robert E. Larkin, III
**Robert E. Larkin, III**
Florida Bar No. 0160814
rlarkin@anblaw.com
Allen Norton & Blue, P.A.
906 North Monroe Street, Suite 100
Tallahassee, Florida 32303
Tel.: (850) 561-3503
Fax: (850) 561-0332

Counsel for Defendants

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Rule 7.1(B) of the Local Rules, Defendants' counsel contacted

the Plaintiffs' counsel, who does not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2016 the foregoing was

filed with the Clerk of the Court via the CM/ECF Filing System, which will send a

notice of electronic filing to:

MADELINE ZIEGLER
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-265-8900
Email: mziegler@ffrf.org

REBECCA MARKERT
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-256-8900
Email: rmarkert@ffrf.org

MONICA LYNN MILLER
AMERICAN HUMANIST ASSOCIATION - WASHINGTON DC
1777 T ST NW
WASHINGTON, DC 20009
202-238-9088
Email: mmiller@americanhumanist.org

/s/  *Robert E. Larkin, III*
Attorney