# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV, et al.

    VS                                                    CASE NO.  3:16cv195-RV/CJK

CITY OF PENSACOLA FLORIDA, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  5/31/2016

Type of Motion/Pleading  CONSENTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

Filed by: DEFENDANTS    on 5/27/16    Doc. No. 13

(  )  Stipulated/Consented/Joint Pleading

RESPONSES:

                                                  on _____   Doc. No. _____

                                                  on _____   Doc. No. _____

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

                                                  */s/Donna Bajzik*
                                                  Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   31st   day of   May  , 2016, that:

(a)  The requested relief is GRANTED to June 21, 2016.

(b)  _____

                                                  /s/  *Roger Vinson*
                                                  ROGER VINSON
                                                  SENIOR UNITED STATES DISTRICT JUDGE