# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV, and ANDREIY
KONDRAT'YEV, ANDRE RYLAND,
DAVID SUHOR,

*Plaintiffs*,                                                        CASE NO. 3:16cv00195-MCR/CJK

v.

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as mayor of the City of Pensacola,
BRIAN COOPER, in his official capacity as
Director of the City of Pensacola Parks &
Recreation Department

*Defendants.*

---

## NOTICE OF APPEARANCE

---

COMES NOW, David A. Niose, and hereby enters his appearance as co-counsel to and on behalf of all Plaintiffs in the captioned matter.

Respectfully submitted: June 7, 2016.

/s/ David A. Niose
David A. Niose
American Humanist Association
1777 T Street N.W.
Washington, DC  20009
212-238-9088
dniose@americanhumanist.org
DC Bar: 1024530/MA Bar: 556484