UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ANDREIY
KONDRAT'YEV, ANDRE RYLAND, and
DAVIS SUHOR,

    Plaintiffs,                                  Case No: 3:16-cv-00195-MCR-CJK

v.

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as mayor of the City of Pensacola,
BRIAN COOPER, in his official capacity as
Director of the City of Pensacola Parks &
Recreation Department,

    Defendants.
_____/

## SECOND CONSENTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

COME NOW, the Defendants, CITY OF PENSACOLA, FLORIDA, ASHTON HAYWARD, in his official capacity as mayor of the City of Pensacola, and BRIAN COOPER, in his official capacity as Director of the City of Pensacola Parks & Recreation Department ("Defendants"), by and through undersigned counsel, and hereby request a twenty (20) day extension of time, or until July 11, 2016, pursuant to Local Rule 6.1 to file a responsive pleading, and in support thereof state the following:

1

1.     Plaintiffs filed the Complaint on May 4, 2016, and served Defendants with same on May 11, 2016. Defendants timely moved for an extension of time to respond to the Complaint on or before June 21, 2016, which the Court granted. (Doc. 15).

2.     Defendants now request a twenty day extension of time to answer or otherwise plead to the Complaint. Defendants request the additional time because J. Nixon Daniel, III, Esq., of Beggs & Lane, RLLP, is appearing as counsel and will proceed as lead counsel in this matter. The additional time will allow counsel for Defendants to properly coordinate the defense and fully respond to the Complaint.

3.     Plaintiffs, through counsel, have consented to a twenty (20) day extension by which Defendants may serve a response to Plaintiffs' Complaint.

4.     Pursuant to the Court's initial scheduling order (Doc. 16), the deadline for the parties to confer as required by Rule 26(f) is June 30, 2016. Defendants request that in the event the deadline to respond to Plaintiffs' Complaint is extended to July 11, 2016, the Court also extend the deadlines of the parties' Rule 26(f) conference, the corresponding joint report, and any other pre-discovery deadline as deemed necessary by the Court until a time after the Defendants have responded to the Complaint.

5.  The Court's granting of this Motion will not prejudice any party and the request is made in good faith not for purposes of delay.

WHEREFORE, Defendants respectfully request that this Court order that Defendants have until July 11, 2016 to file a response to Plaintiffs' Complaint.

Respectfully submitted this 21st day of June, 2016.

*/s/ Robert E. Larkin, III*
**Robert E. Larkin, III**
Florida Bar No. 0160814
rlarkin@anblaw.com
Allen Norton & Blue, P.A.
906 North Monroe Street, Suite 100
Tallahassee, Florida 32303
Tel.: (850) 561-3503
Fax: (850) 561-0332

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of June, 2016 the foregoing was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to:

MADELINE ZIEGLER
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-265-8900
Email: mziegler@ffrf.org

REBECCA MARKERT
FREEDOM FROM RELIGION FOUNDATION
PO BOX 750
MADISON, WI 53701
608-256-8900
Email: rmarkert@ffrf.org

MONICA LYNN MILLER
AMERICAN HUMANIST ASSOCIATION - WASHINGTON DC
1777 T ST NW
WASHINGTON, DC 20009
202-238-9088
Email: mmiller@americanhumanist.org

/s/  Robert E. Larkin, III
Attorney