IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,
ANDRE RYLAND, and
DAVID SUHOR,

    Plaintiffs,

v.                          CASE NO.:  3:16-cv-00195-MCR-CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as Mayor of the City of
Pensacola, and BRIAN COOPER, in
his official capacity as Director of the
City of Pensacola Parks &
Recreation Department,

    Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, and hereby enters his Notice of Appearance as counsel on behalf of Defendants, City of Pensacola, Florida, Ashton Hayward, in his official capacity as Mayor of the City of Pensacola, Brian Cooper, in his office capacity as Director of the City of Pensacola Parks & Recreational Department in the above captioned matter.  Please direct a copy of all future

documents, pleadings or correspondence to the attorney and address indicated below.

Respectfully submitted this 22nd day of June, 2016.

/s/ J. Nixon Daniel, III
**J. NIXON DANIEL, III**
Florida Bar No. 228761
**Beggs & Lane, RLLP**
501 Commendencia Street (32502)
P. O. Box 12950
Pensacola, Florida  32591
(850) 469-3306
(850) 469-3331 – fax

*Attorney Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of June, 2016 the foregoing was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to:

**Madeline Ziegler**
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
mziegler@ffrf.org

**Rebecca Markert**
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
rmarkert@ffrf.org

**Monica Lynn Miller**
American Humanist Association
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org

**Robert E. Larkin, III**
Allen Norton & Blue, P.A.
906 North Monroe Street, Suite 100
Tallahassee, FL  32303
850-561-3503
rlarkin@anblaw.com


*/s/ J. Nixon Daniel, III*
Florida Bar No.:  228761
**Beggs & Lane, RLLP**

3