# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV, et al.

    VS                                    CASE NO. 3:16cv195-RV/CJK

CITY OF PENSACOLA FLORIDA, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on 6/22/2016

Type of Motion/Pleading SECOND CONSENTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

Filed by: DEFENDANTS          on 6/21/16     Doc. No. 18

(  ) Stipulated/Consented/Joint Pleading

RESPONSES:

                                      on _____ Doc. No. _____
                                      on _____ Doc. No. _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*/s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  22nd  day of June, 2016, that:

(a) The requested relief is GRANTED to July 11, 2016.

(b) The deadlines for the Rule 26(f) Conference and corresponding Joint Report are also extended by 21 days.

                                                          /s/ *Roger Vinson*
                                                          ROGER VINSON
                                                          SENIOR UNITED STATES DISTRICT JUDGE