IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,
ANDRE RYLAND, and
DAVID SUHOR,

    Plaintiffs,

v.                                    CASE NO.:  3:16-cv-00195-MCR-CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as Mayor of the City of
Pensacola, and BRIAN COOPER, in
his official capacity as Director of the
City of Pensacola Parks &
Recreation Department,

    Defendants.

_____/

## NOTICE OF APPEARANCE

    COMES NOW the undersigned attorney, and hereby enters her Notice of Appearance as counsel on behalf of Defendants, City of Pensacola, Florida, Ashton Hayward, in his official capacity as Mayor of the City of Pensacola, Brian Cooper, in his office capacity as Director of the City of Pensacola Parks & Recreational Department in the above captioned matter.  Please direct a copy of all future documents, pleadings or correspondence to the attorney and address indicated below.

    Respectfully submitted this 11th day of July, 2016.

                                          */s/ Terrie L. Didier*
                                          **TERRIE L. DIDIER**
                                          Florida Bar No.: 0989975

tld@beggslane.com
aeh@beggslane.com
**J. NIXON DANIEL, III**
Florida Bar No. 228761
jnd@beggslane.com
ch@beggslane.com
**Beggs & Lane, RLLP**
501 Commendencia Street (32502)
P. O. Box 12950
Pensacola, FL  32591-2950
(850) 469-3306
(850) 469-3331 – fax

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of July, 2016, the foregoing was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to:

**Monica Lynn Miller**
**David A. Niose**
American Humanist Association
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org
dniose@americanhumanist.org

**Rebecca Markert**
**Madeline Ziegler**
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
mziegler@ffrf.org

*/s/ Terrie L. Didier*
Florida Bar No.:  0989975
**Beggs & Lane, RLLP**