# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ET AL

       VS                                                   CASE NO.  3:16cv00195- RV-CJK

CITY OF PENSACOLA FLORIDA

## REFERRAL AND ORDER

Referred to Judge Vinson on         07/26/2016

Type of Motion/Pleading  MOTION to Withdraw as Attorney

Filed by:   DEFENDANT       on 7/26/16      Doc. No.     25

( )     Stipulated/Consented/Joint Pleading

RESPONSES:

                    on           Doc. No.         

                    on           Doc. No.         

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ Monica Broussard
Deputy Clerk

## ORDER

Upon   consideration   of   the   foregoing,   it   is   ORDERED   this   29th   day   of
July _____, 2016, that:

(a)     The requested relief is GRANTED.

(b)     _____

         _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE