# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,'
ANDRE RYLAND, and
DAVID SUHOR,

       Plaintiffs,

v.                                CASE NO.: 3:16cv195-MCR/CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his
official capacity as Mayor of
the City of Pensacola, and
BRIAN COOPER, in his
official capacity as Director of
the City of Pensacola Parks &
Recreation Department,

       Defendants.
_____/

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES

The parties, Amanda Kondrat'yev, Andreiy Kondrat'yev, Andre Ryland, David Suhor, the City of Pensacola, Ashton Hayward, and Brian Cooper, jointly move this Court for an order granting extension of two deadlines and say as follows:

    1.    This Court issued a final scheduling order on July 22, 2016.  **[Doc. 24]**

    2.    The scheduling order sets January 31, 2017, as the deadline for discovery.

3. The scheduling order sets the dispositive motions deadline as "21 days after the close of discovery," which currently is February 21, 2017.

4. Plaintiffs served discovery on the Defendants on November 21, 2016. Defendants have been diligently working to complete the responses. However, because of the nature of the requests there is significant research time involved to respond completely to the discovery and the research cannot be completed by the current due date, December 21, 2016.

5. Defendants requested that they be given until January 31, 2017 to provide their responses to Plaintiffs' discovery.

6. Plaintiffs have agreed to that extension provided the deadline for discovery is also extended to **April 1, 2017**, which will extend the dispositive motions deadline to **April 22, 2017**.

7. This request will not affect any other deadlines currently set. A trial has not yet been scheduled.

WHEREFORE, the parties respectfully request this Court grant the short extension of the discovery deadline to April 1, 2017, which will cause dispositive motions to be due April 22, 2017.

| | |
|---|---|
| */s/ Monica Lynn Miller* | */s/ J. Nixon Daniel, III* |
| **MONICA LYNN MILLER** | **J. NIXON DANIEL, III** |
| CA Bar: 288343/ DC Bar: 101625 | Florida Bar No. 228761 |
| **DAVID A. NIOSE** | **TERRIE L. DIDIER** |
| MA Bar: 556484/ DC Bar: 1024530 | Florida Bar No.: 0989975 |

American Humanist Association
*Attorneys for Plaintiffs*
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org
dniose@americanhumanist.org

**Beggs & Lane, RLLP**
*Attorneys for Defendants*
501 Commendencia Street (32502)
P. O. Box 12950
Pensacola, FL  32591-2950
(850) 469-3306
(850) 469-3331 – fax
jnd@beggslane.com
ch@beggslane.com
tld@beggslane.com
aeh@beggslane.com

*/s/ Madeline Ziegler*
**REBECCA S. MARKERT**
WI Bar Number: 1063232
**MADELINE ZIEGLER**
WI Bar Number: 1097214
Freedom from Religion Foundation
*Attorneys for Plaintiffs*
P. O. Box 750
Madison, WI  53701
608-265-8900
rmarkert@ffrf.org
mziegler@ffrf.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of December, 2016, the foregoing *Joint Motion to Extend Discovery and Dispositive Motions Deadlines* was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to:

**Monica Lynn Miller**
**David A. Niose**
American Humanist Association
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org
dniose@americanhumanist.org

**Rebecca Markert**
**Madeline Ziegler**
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
rmarkert@ffrf.org
mziegler@ffrf.org

                                        */s/ Terrie L. Didier*
                                        Florida Bar No.:  0989975
                                        **Beggs & Lane, RLLP**