UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, et al.,

    Plaintiffs,

v.                                    Case No. 3:16cv195-RV-CJK

CITY OF PENSACOLA, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

    This matter is before the court on the parties' Joint Motion to Extend Discovery and Dispositive Motions Deadlines. (Doc. 27). The parties request that the discovery deadline be extended to April 1, 2017, and the dispositive motion deadline be extended to April 22, 2017. Good cause having been shown, the motion will be granted.

    Accordingly, it is ORDERED:

    The parties' Joint Motion to Extend Discovery and Dispositive Motions Deadlines (doc. 27) is GRANTED. The discovery deadline is extended to April 1, 2017. The dispositive motion deadline is extended to April 22, 2017.

DONE AND ORDERED this 22nd day of December, 2016.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**