**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

AMANDA KONDRAT'YEV, et al.

    VS                                                  CASE NO.  3:16cv195-RV/CJK

CITY OF PENSACOLA FLORIDA, et al

**REFERRAL AND ORDER**

Referred to Judge Vinson on   4/21/2017
Type of Motion/Pleading  UNOPPOSED MOTION FOR PERMISSION TO INCREASE WORD LIMIT OF COMBINED MOTION FOR SUMMARY JUDGMENT/MEMORANDUM
Filed by: DEFENDANTS            on 4/21/17       Doc. No. 29
( x ) Consented
RESPONSES:
                                   on _____ Doc. No. _____
                                   on _____ Doc. No. _____

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

                                          */s/Donna Bajzik*
                                          Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   21st   day of  April  , 2017, that:

(a)   The requested relief is GRANTED.
(b)   _____

                                          /s/ *Roger Vinson*
                                          ROGER VINSON
                                          SENIOR UNITED STATES DISTRICT JUDGE