UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ET AL.

    VS                                          CASE NO.  3:16cv195/RV/CJK

CITY OF PENSACOLA

**NOTICE**

TAKE NOTICE that a proceeding has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| Place: | Arnow Federal Building<br>100 North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | First Floor Courtroom |
| Date: | June 14, 2017 |
| Time: | 1:00 p.m. |
| Type of Proceeding: | Oral Argument/Evidentiary Hearing on the parties' cross motions for summary judgment (doc.s 30-31) |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

<u>April 27, 2017</u>                        /s/ *V. Harmon*
DATE                                          Deputy Clerk

Copies to:
Counsel of Record
Courtroom Deputy
Court Reporter
Court Security