IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| AMANDA KONDRAT'YEV, ANDREIY KONDRAT'YEV, ANDRE RYLAND, and DAVID SUHOR, *Plaintiffs*, v. CITY OF PENSACOLA, FLORIDA, ASHTON HAYWARD, in his official capacity as Mayor of the City of Pensacola, and BRIAN COOPER, in his official capacity as Director of the City of Pensacola Parks & Recreation Department, *Defendants*. | CASE NO. 3:16-cv-00195-RV-CJK |

**Unopposed Motion for Permission to Increase Word Limit of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment**

Plaintiffs Amanda Kondrat'yev, Andreiy Kondrat'yev, Andre Ryland, and David Suhor move this Court for entry of an order granting them permission to increase the word limit of their memorandum in opposition to Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 7(b) and N.D. Fla. Loc. R. 7.1, and say as follows:

1

1.	N.D. Fla. Loc. R. 7.1(F) and N.D. Fla. Loc. R. 56.1(C) limit memoranda to 8,000 words.

2.	Plaintiffs consented to Defendants' motion to extend their Motion and Memorandum in Support of Summary Judgment to 10,500 words.

3.	Plaintiffs request 10,500 words to oppose the Defendants' Motion and Memorandum in Support of Summary Judgment to properly respond to all arguments raised in Defendants' memorandum of the same length.

4.	**Certificate of Compliance with N.D. Fla. Loc. R. 7.1(B):** The undersigned has consulted with Defendants' counsel who have authorized the undersigned to represent to the Court that they do not object to the increase in word limit.

5.	Pursuant to N.D. Fla. Loc. R. 7.1(F), because all opposing parties consent to the motion, Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment is attached.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them permission to file a memorandum not exceeding 10,500 words and accepting as filed the attached Memorandum in Opposition to Defendants' Motion for Summary Judgment.

May 11, 2017

/s/ Monica L. Miller
MONICA L. MILLER
American Humanist Association
1821 Jefferson Place NW
Washington, DC, 20036
Phone: 202-238-9088
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

MADELINE ZIEGLER
Freedom From Religion Foundation
PO Box 750, Madison, WI 53701
Phone: 608-256-8900
Email: mziegler@ffrf.org
WI Bar Number: 1097214

DAVID A. NIOSE
American Humanist Association
1821 Jefferson Place NW
Washington, DC, 20036
Phone: 202-238-9088
Email: dniose@americanhumanist.org
MA Bar: 556484/ DC Bar 1024530

REBECCA S. MARKERT
Freedom From Religion Foundation
PO Box 750, Madison, WI 53701
Phone: 608-256-8900
Email: rmarkert@ffrf.org
WI Bar Number: 1063232

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2017, the foregoing Memorandum in Support of Plaintiffs' Motion for Summary Judgment was filed with the Clerk of Court via the CM/ECF Filing System, which will send a notice of electronic filing to:

>J. Nixon Daniel, III,
>Terrie L. Didier
>Beggs & Lane, R.L.L.P.
>501 Commendencia St.
>Pensacola, FL 32502
>jnd@beggslane.com
>tld@beggslane.com

>Jack Wesley Gay
>Allen Norton & Blue
>906 Monroe St. Ste.100
>Tallahassee, FL 32303
>wgay@anblaw.com

>/s/ Monica L. Miller
>MONICA L. MILLER
>American Humanist Association
>1821 Jefferson Place NW
>Washington, DC, 20036
>Phone: 202-238-9088
>Email: mmiller@americanhumanist.org
>CA Bar: 288343 / DC Bar: 101625