UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ET AL

    VS                                     CASE NO.  3:16cv00195- RV-CJK

CITY OF PENSACOLA FLORIDA, ET AL

## REFERRAL AND ORDER

Referred to Judge Vinson on     05/12/2017

Type of Motion/Pleading <u>Consent MOTION Unopposed Motion for Permission to Increase Word Limit for Summary Judgment Opposition Memorandum</u>

Filed by:   <u>PLAINTIFF</u>    on  <u>5/11/17</u>    Doc. No.  <u>34</u>

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                                  on              Doc. No.

                                                  on              Doc. No.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

<u>/s/ Monica Broussard</u>
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this <u>12th</u> day of <u>May</u>, 2017, that:

(a)    The requested relief is GRANTED.

(b)

<u>/s/ *Roger Vinson*</u>
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE