# United States District Court
## General Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:04 PM | Case No. | 3:16cv195-RV |
| Time Concluded | 2:21 PM | Date | June 14, 2017 |

**DOCKET ENTRY:** Hearing re [30]/[31] Motion for Summary Judgment. Court to enter order on ruling.

PRESENT: HONORABLE **Roger Vinson** SENIOR JUDGE    Paula Cawby    Julie Wycoff
                                                    Deputy Clerk   Court Reporter

**Style of Case:** KONDRATYEV et al v. CITY OF PENSACOLA, et al

Plaintiff Counsel Present
Monica Miller
Madeline Ziegler

Plaintiff
Amanda Kondrat'Yev
Andreiy Kondrat'Yev
Andre Ryland
David Suhor

Defendant Counsel Present
James Nixon Daniel
Terrie Didier

Defendant
City of Pensacola Florida
Ashton Hayward
Brian Cooper

**PROCEEDINGS:**

| | |
|---|---|
| 1:04 PM | Court in Session |
|  | Counsel introductions |
| 1:06 PM | Plaintiff argument (Miller) |
| 1:21 PM | Defense (Daniel) |
| 1:55 PM | Plaintiff rebuttal (Miller) |
| 2:08 PM | Defense rebuttal (Daniel) |
| 2:20 PM | Court to enter Order on ruling |
| 2:21 PM | Court adjourned |

Filed in Open Court

June 14, 2017
Initials of Deputy Clerk pmc