## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| AMANDA KONDRAT'YEV, | ) | |
| ANDREIY KONDRAT'YEV, | ) | |
| ANDRE RYLAND, and | ) | |
| DAVID SUHOR, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-cv-00195-RV-CJK |
| | ) | |
| CITY OF PENSACOLA, FLORIDA, | ) | |
| ASHTON HAYWARD, in his official | ) | |
| capacity as Mayor of the City of | ) | |
| Pensacola, and BRIAN COOPER, in | ) | |
| his official capacity as Director of the | ) | |
| City of Pensacola Parks & | ) | |
| Recreation Department, | ) | |
| | ) | |
| *Defendants.* | ) | |

---

### Plaintiffs' Unopposed Motion for
### Entitlement to Attorneys' Fees

---

In light of the Court's determination that Plaintiffs prevailed on summary judgment and awarding of the relief they sought, pursuant to 42 U.S.C. § 1988 allowing for the recovery of attorney's fees, expenses, and costs in claims under 42 U.S.C. § 1983, Plaintiffs bring this motion for a determination of entitlement to attorney's fees under N.D. Fla. Loc. R. 54.1(A) and say as follows:

1.      Plaintiffs are the prevailing party and are therefore entitled to attorney's fees.

2.      Under 42 U.S.C. § 1988, the Court may award reasonable attorney's fees to the prevailing party in an action brought under 42 U.S.C. § 1983.

3.      The purpose of § 1988 is to "ensure effective access to the judicial process for persons with civil rights grievances. Accordingly, a prevailing plaintiff should ordinarily recover an attorney's fee unless special circumstances would render such an award unjust." *Hensley v. Eckerhart*, 461 U.S. 424, 429 (1983) (internal quotations and citations omitted).

4.      A prevailing party is a party that obtains "at least some relief on the merits of his claim." *Farrar v. Hobby*, 506 U.S. 103, 111 (1992).

5.      Plaintiffs obtained all relief sought on the merits of their claim.

6.      **Certificate of Compliance with N.D. Fla. Loc. R. 7.1(B):** The undersigned have consulted with Defendants' counsel, who have indicated they do not oppose the filing of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court issue a determination that Plaintiffs are entitled to attorney's fees.

/s/ Madeline Ziegler
MADELINE ZIEGLER
Freedom From Religion Foundation
PO Box 750, Madison, WI 53701
Phone: 608-256-8900
Email: mziegler@ffrf.org

WI Bar Number: 1097214

MONICA L. MILLER
American Humanist Association
1821 Jefferson Place NW
Washington, DC, 20036
Phone: 202-238-9088
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
American Humanist Association
1821 Jefferson Place NW
Washington, DC, 20036
Phone: 202-238-9088
Email: dniose@americanhumanist.org
MA Bar: 556484/ DC Bar 1024530

REBECCA S. MARKERT
Freedom From Religion Foundation
PO Box 750, Madison, WI 53701
Phone: 608-256-8900
Email: rmarkert@ffrf.org
WI Bar Number: 1063232

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 30, 2017, this motion was filed with the Clerk of the Court via the CM/ECF Filing System, which will send a notice of electronic filing to all parties of record.

/s/ Madeline Ziegler___
MADELINE ZIEGLER
WI Bar No. 1097214
mziegler@ffrf.org
Freedom From Religion Foundation
P.O. Box 750, Madison, WI 53701
(608) 256-8900

*Attorney for Plaintiffs*

4