IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,
ANDRE RYLAND, and
DAVIS SUHOR,

    *Plaintiffs*,

v.                                        CASE NO.: 3:16cv195-RV/CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as mayor of the City of
Pensacola, BRIAN COOPER, in his
official capacity as Director of the
City of Pensacola Parks & Recreation
Department,

    *Defendants*.

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, and hereby enters his Notice of Appearance as counsel on behalf of defendants, City of Pensacola, Florida, Ashton Hayward, in his official capacity as Mayor of the City of Pensacola, Brian Cooper, in his official capacity as Director of the City of Pensacola Parks & Recreation Department, in the above-captioned matter. Please direct a copy of all future documents, pleadings or correspondence to the attorney and address indicated below.

Respectfully submitted this the 5th day of July 2017.

                                          */s/ Luke W. Goodrich*
                                          LUKE W. GOODRICH
                                          Bar No. 977736DC
                                          lgoodrich@becketlaw.org
                                          The Becket Fund for Religious Liberty
                                          1200 New Hampshire Ave. NW
                                          Suite 700
                                          Washington, DC 20036
                                          Tel: (202) 349-7216
                                          Fax: (202) 955-0090

                                          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2017, a copy of the foregoing Notice of Appearance was filed electronically via the Court's ECF system, which will effect service upon the following counsel of record:

Monica Lynn Miller
David A. Niose
American Humanist Association
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org
dniose@americanhumanist.org

Rebecca Markert
Madeline Ziegler
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
rmarkert@ffrf.org
mziegler@ffrf.org

                                      */s/ Luke W. Goodrich*
                                      Luke W. Goodrich
                                      Bar No. 977736DC