IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV,
ANDREIY KONDRAT'YEV,
ANDRE RYLAND, and
DAVID SUHOR,

    Plaintiffs,

v.                                                    CASE NO.:  3:16cv195-RV/CJK

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his
official capacity as Mayor of
the City of Pensacola, and
BRIAN COOPER, in his
official capacity as Director of
the City of Pensacola Parks &
Recreation Department,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendants City of Pensacola, Florida, Ashton Hayward, in his official capacity as mayor of the City of Pensacola, and Brian Cooper, in his official capacity as director of the City of Pensacola Parks & Recreation Department, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order (Doc. 41) granting Plaintiffs' motion for summary judgment and denying Defendants' motion for summary judgment, entered in this

action on June 19, 2017, and stayed pending appeal by the Order (Doc. 44) entered in this action on July 3, 2017.

Respectfully submitted this the 5th day of July, 2017.

|  |  |
|---|---|
| J. NIXON DANIEL, III<br>Florida Bar No. 228761<br>jnd@beggslane.com<br>ch@beggslane.com<br>TERRIE L. DIDIER<br>Florida Bar No.: 0989975<br>tld@beggslane.com<br>aeh@beggslane.com<br>Beggs & Lane, RLLP<br>501 Commendencia Street (32502)<br>P. O. Box 12950<br>Pensacola, FL 32591-2950<br>Tel: (850) 469-3306<br>Fax: (850) 469-3331 | */s/ Luke W. Goodrich*<br>LUKE W. GOODRICH<br>Bar No. 977736DC<br>lgoodrich@becketlaw.org<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave. NW<br>Suite 700<br>Washington, DC 20036<br>Tel: (202) 349-7216<br>Fax: (202) 955-0090 |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, a copy of the foregoing Notice of Appeal was filed electronically via the Court's ECF System, which will effect service upon the following counsel of record:

Monica Lynn Miller
David A. Niose
American Humanist Association
1777 T St. NW
Washington, DC  20009
202-238-9088
mmiller@americanhumanist.org
dniose@americanhumanist.org

Rebecca Markert
Madeline Ziegler
Freedom from Religion Foundation
P. O. Box 750
Madison, WI  53701
608-265-8900
rmarkert@ffrf.org
mziegler@ffrf.org

                                              */s/ Luke W. Goodrich*
                                              Luke W. Goodrich
                                              Bar No. 977736DC