**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

AMANDA KONDRAT'YEV, et al.

    VS                                                        CASE NO. 3:16cv195-RV/CJK

CITY OF PENSACOLA FLORIDA, et al.

**JUDGMENT**

This action came before the Honorable Roger Vinson and a decision has been rendered.

Final Summary Judgment is entered in favor of Plaintiffs, AMANDA KONDRAT'YEV, ANDREIY KONDRAT'YEV, ADRE RYLAND, and DAVID SUHOR and entered against Defendants, CITY OF PENSACOLA FLORIDA, ASHTON HAYWARD and BRIAN COOPER. The Bayview Cross must be removed within 30 days and the CITY OF PENSACOLA FLORIDA is ordered to pay damages to the plaintiffs in the amount of $1.00.

|  |  |
|---|---|
|  | JESSICA J. LYUBLANOVITS<br>CLERK OF COURT |
| *Nunc Pro Tunc* to 6/19/2017 |  |
| July 6, 2017<br>DATE | */s/Donna Bajzik*<br>Deputy Clerk: Donna Bajzik |