# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.                    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style:_____Kondrat-yev_____ vs ___City of Pensacola_____

District Court No.:_3:16-cv-00195-RV____ Date Notice of Appeal Filed:_7/5/2017____ Court of Appeals No.:__17-13025___
                                                                                                                                    (If Available)

CHOOSE ONE:  ☐ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
                          ☑ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☑ Other | 6/14/2017 | Senior Judge Roger Vinson | Donna Boland |

## METHOD OF PAYMENT:

☑   I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY
     ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐   CRIMINAL JUSTICE ACT.  Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization
     for government payment of transcript.  [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED
     in Item 13 on CJA Form 24:  Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:_____Luke Goodrich_____

Name of Firm:_____The Becket Fund for Religious Liberty_____

Street Address/P.O. Box:_____1200 New Hampshire Ave. NW, Suite 700_____

City/State/Zip Code:____Washington, DC 20036_____ Phone No. :_202-349-7209_____

*I certify that I have completed and filed PART I with the District Court Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, mailed a filed copy to the Court of Appeals Clerk, and served all parties.*

DATE:_7/19/2017_____ SIGNED:___s/ Luke W. Goodrich_____ Attorney for:__Defendants-Appellants___

## PART II.                    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 10 days of receipt.  The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received:_____7/24/17_____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on:____7/24/17_____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:____1_____  Estimated no. of transcript pages:____57____  Estimated filing date:_7/18/17__

DATE:__7/25/17____ SIGNED:__*Donna L. Boland*_____ Phone No. :_850.470.8189_____

Email: Donna_Boland@flnd.uscourts.gov

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court.  The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date):___7/18/17 - Doc. 50___

Actual No. of Volumes and Hearing Dates:____June 14, 2017, Motions for Summary Judgment_____

Date:_7/25/17_____  Signature of Court Reporter:___*Donna L. Boland*_____

Rev. 2/06