UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ANDREIY
KONDRAT'YEV, ANDRE RYLAND, and
DAVIS SUHOR,

      Plaintiffs,                            Case No:  3:16-cv-00195-MCR-CJK

v.

CITY OF PENSACOLA, FLORIDA,
ASHTON HAYWARD, in his official
capacity as Mayor of the City of Pensacola,
BRIAN COOPER, in his official capacity as
Director of the City of Pensacola Parks &
Recreation Department,

      Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, David A. Niose, undersigned counsel of record for Plaintiffs. Pursuant to this Court's Local Rule 11.1, counsel moves to be withdrawn as an attorney of record in this matter and, in support thereof, states as follows:

1. The basis for this withdrawal is that as of August 3, 2019, Mr. Niose will no longer be employed with the American Humanist Association's Appignani Humanist Legal Center, which is one of the nonprofit organizations handling this litigation on behalf of plaintiffs.

2. Attorneys Monica L. Miller, Rebecca Markert, and Madeline Zeigler intend to continue as counsel of record on behalf of Plaintiffs in this case. Undersigned's withdrawal will not prejudice any party in this matter.

1

WHEREFORE, the undersigned respectfully requests this Court to grant the instant Motion to Withdraw as Counsel of Record.

Respectfully submitted this 2nd day of August, 2019.

                                                   */s/ David A. Niose*
David A. Niose, Esq.
American Humanist Association
1821 Jefferson Place, NW
Washington, DC 20036
Phone: 202-238-9088
Email: dniose@americanhumanist.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August, 2019 a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF Filing System and served to all parties of record.

*/s/ David A. Niose*
Attorney
