# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

AMANDA KONDRAT'YEV, ET AL

    VS                                                    CASE NO.  3:16cv195-RV-CJK

CITY OF PENSACOLA FLORIDA, ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on  8/5/2019

Type of Motion/Pleading  MOTION To Withdraw As Attorney by AMANDA KONDRAT'YEV, ANDREITY KONDRAT'YEV, ANDRE RYLAND and DAVID SUHOR

Filed by: PLAINTIFF          on 8/2/19     Doc. No. 57

( )   Stipulated/Consented/Joint Pleading

RESPONSES:

                                            on _____ Doc. No. _____

                                            on _____ Doc. No. _____

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

                                            /s/ *Monica Broussard*
                                            Deputy Clerk: Monica Broussard

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   6th   day of    August   , 2019, that:

(a)   The requested relief is GRANTED.

(b)   _____

                                            /s/ Roger Vinson
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE