# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 23, 2020

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 17-13025-GG
Case Style: Amanda Kondrat'yev, et al v. City of Pensacola, Florida, et al
District Court Docket No: 3:16-cv-00195-RV-CJK

Enclosed is the Bill of Costs supplementing this court's mandate which has previously issued.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __17-13025__

__AMANDA KONDRAT'YEV, et al.__ vs. __CITY OF PENSACOLA, FLORIDA, et al.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | $505.00 | $500.00 |
| Appellant's Brief | X | | 155 | 10 | 1550 | $232.50 | 232.50 |
| Appendix | X | | 883 | 8 | 7064 | $1059.60 | 1059.60 |
| Appellee's Brief | | | | | | | |
| Reply Brief | X | | 55 | 10 | 550 | $82.50 | 82.50 |
| En Banc Petition | | X | 121 | 18 | 1210 | $237.24 | -0- |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 2,116.84 REQUESTED | $ $1874.60 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __Luke W. Goodrich__  (Digitally signed by Luke W. Goodrich, DN: cn=Luke W. Goodrich, o=The Becket Fund for Religious Liberty, ou, email=lgoodrich@becketlaw.org, c=US, Date: 2020.03.02 15:06:37 -05'00')

Date Signed: __3/2/2020__

Attorney Name: __Luke W. Goodrich__ (Type or print your name)

Attorney for: __CITY OF PENSACOLA, FLORIDA, et al.__ (Type or print name of client)

E-mail: __lgoodrich@becketlaw.org__   Phone: __202-349-7216__

Street Address/City/State/Zip: __The Becket Fund for Religious Liberty__
__1200 New Hampshire Ave., NW, Suite 700, Washington, DC 20036__

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ __$1,874.60__ against __Appellees__

and are payable directly to __Appellants__

David J. Smith, Clerk of Court

Issued on: _____   By: __Tresa A. Porter__ Deputy Clerk   DATE: __3/20/2020__

BOC Rev.: 6/17

ISSUED AS MANDATE 03/23/2020



# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2018 | 16471 |

**1900 K St NW, Suite 725**
**Washington, DC 20006**
**202-393-0399**
accounting@hlpintegration.com

| Bill To | Matter Name | | |
|---|---|---|---|
| Becket Fund<br>Joseph Davis<br>1200 New Hampshire Ave. NW, Suite 700<br>Washington, District of Columbia 20036<br>United States | Pensacola | | |
| | Matter Number | Start Date | Project Number |
| | 85 | 9/27/2018 | HLP-005795 |

| Quantity | Description | Rate | Serviced | Amount |
|---:|---|---:|---|---:|
| 2,178 | Printing - black & white | 0.08 | | 174.24 |
| 18 | Binding - GBC | 2.50 | | 45.00 |
| 36 | Printing - color | 0.50 | | 18.00 |

Remittance by Mail: 1900 K Street NW, Suite 725, Washington, DC 20006

Tax ID: 26-1352198

**HLP terms are Net 30. Overdue amounts are subject to a 1.5% per month finance charge.**

www.hlpintegration.com

| | |
|---|---:|
| **Subtotal** | USD 237.24 |
| **Sales Tax (5.75%)** | USD 0.00 |
| **Total** | USD 237.24 |