**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 22, 2021

Clerk - Northern District of Florida
U.S. District Court
100 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number:  76-10001-FF
Case Style:  Amanda Kondrat'yev, et al v. City of Pensacola, Florida, et al
District Court Docket No:  3:16-cv-00195-RV-CJK

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 07/22/2021.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Entry of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:
Phone #:

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 76-10001-FF

_____

AMANDA KONDRAT'YEV, ANDREIY KONDRAT'YEV, ANDRE RYLAND, DAVID SUHOR,

Plaintiffs - Appellees

versus

CITY OF PENSACOLA, FLORIDA, ASHTON HAYWARD, Mayor, BRIAN COOPER,

Defendants - Appellants

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Agudath Israel of America failed to file an appendix within the time fixed by the rules, effective July 22, 2021.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  , Deputy Clerk

FOR THE COURT - BY DIRECTION